```
           UNITED STATES DISTRICT COURT
               DISTRICT OF MINNESOTA
             Civil No. 24-3490(DSD/LIB)
```

Carla J. Hengel,

       Plaintiff,

v.                                              **ORDER**

Frank Bisignano,
Commissioner of Social Security,

       Defendant.

This matter came before the court upon plaintiff Carla Hengel's application for attorney's fees under the Equal Access to Justice Act. Defendant Frank Bisignano, Commissioner of Social Security, does not object to the application. The court has reviewed and considered the motion, all related briefing and exhibits, and the entire record. Based on that review, the court grants the motion in its entirety. Accordingly, **IT IS HEREBY ORDERED** that:

    1. The application for attorney's fees [ECF No. 26] is granted; and

    2. Plaintiff is awarded $7,808.39 in reasonable attorney's fees.

Dated: July 16, 2025

                                                    s/David S. Doty
                                                    David S. Doty, Judge
                                                    United States District Court